COMMONWEALTH OF PENNSYLVA-
NIA and Raymond Williams, Willie
McKay, Marion J. Eaddy, Randolph
Hughes, Jr., Ariel Brownlee, William
Bostic, Kenneth Howard, Alpha Christ-
mas, Ronald Richardson, Clarence Win-
der, Ronald Crawford, and Frank Gil-
christ, on their own behalf and on be-
half of all others similarly situated,

v.

LOCAL UNION 542, INTERNATIONAL
UNION OF OPERATING ENGINEERS;
Operating Engineers Joint Apprentice-
ship and Training Committee of Phila-
delphia, Eastern Pennsylvania, and the
State of Delaware; General Building
Contractors Association of Eastern
Pennsylvania, United Contractors Asso-
ciation, and Pennsylvania Excavating
Contractors Association, on their own
behalf and on behalf of all others simi-
larly situated,

and

Glasgow, Inc., on its own behalf and on
behalf of all others similarly situated,

The Contractors Association of Eastern
Pennsylvania, et al., Appellants in Nos.
80–2073/74 & 80–2161.

United Engineers & Constructors Inc.,
nonparty member of the defendant class
in the above-captioned action, Appellant
in No. 80–2162.

Bechtel Power Corporation, an unnamed
member of the defendant class of con-
tractor-employers in the above-cap-
tioned matter, Appellant in No. 80–2163.

Nos. 80–2073, 80–2074 and 80–2161
to 80–2163.

United States Court of Appeals,
Third Circuit.

Argued Feb. 24, 1981.

Reargued In Banc May 12, 1981.

Decided May 19, 1981.

* The Honorable Jack R. Miller, United States
Court of Customs and Patent Appeals, Wash-

John J. McAleese, Jr., Thomas J. McGol-
drick (argued), D. Richard Powell, Jr., Luis
A. Minella, Cuniff, Bray & McAleese, Bala
Cynwyd, Pa., for appellants Glasgow, Inc.,
and Contractors Ass'n of Eastern Pennsyl-
vania, et al.

Martin Wald (argued) and Nicholas N.
Price, Schnader, Harrison, Segal & Lewis,
Philadelphia, Pa., for appellant and appellee
United Engineers & Constructors Inc.

Robert W. Kopp (argued), Raymond W.
Murray, Jr., David M. Pellow, Bond, Schoe-
neck & King, Syracuse, N. Y., for appellant
and appellee Bechtel Power Corp.

John G. Kester (argued) and John J.
Buckley, Jr., Williams & Connolly, Wash-
ington, D. C., for appellant General Build-
ing Contractors Ass'n.

Harold I. Goodman (argued) and Ger-
maine Ingram, Community Legal Services,
Inc., Philadelphia, Pa., for Individually
named and class appellees.

Joel M. Ressler, Louis J. Rovelli, Marga-
ret Hunting, Deputy Attys. Gen., LeRoy S.
Zimmerman, Atty. Gen., Dept. of Justice,
Harrisburg, Pa., for appellee Common-
wealth of Pennsylvania.

LeRoy D. Clark, Gen. Counsel, Constance
L. Dupre, Acting Associate Gen. Counsel,
Vincent Blackwood and Kenneth J. Burch-
fiel, Attys., Equal Employment Opportunity
Commission, Washington, D. C., amicus cu-
riae for EEOC.

Argued Feb. 24, 1981.

Before WEIS and GARTH, Circuit
Judges and MILLER, Judge, Court of Cus-
toms and Patent Appeals.*

ington, D. C., sitting by designation.

Reargued May 12, 1981 In Banc.

Before SEITZ, Chief Judge, ALDISERT, GIBBONS, HUNTER, WEIS, and GARTH, Circuit Judges.

## OPINION OF THE COURT

PER CURIAM:

To the extent that the judgment of the district court, 507 F.Supp. 1146, is challenged by these appeals, it is affirmed by an equally divided court.